UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN BRONSON,

       Plaintiff,                             CIVIL ACTION NO. 15-CV-10111

vs.                                   DISTRICT JUDGE DENISE PAGE HOOD

                                       MAGISTRATE JUDGE MONA K. MAJZOUB

HENRY FORD HEALTH SYSTEM,

       Defendant.

_____/

## ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL [14] AND DENYING PLAINTIFF'S 2ND MOTION TO COMPEL [23]

Before the Court are Plaintiff's Motion to Compel (docket no. 14) and Plaintiff's Second 2nd Motion to Compel (docket no. 23.)   The Motions were referred to the undersigned for consideration.   (Docket nos. 16 and 24.)   At issue in the Motions were Plaintiff's Requests for Production Nos. 3, 4, 5, and 7, Plaintiff's Interrogatory Nos. 1, 2, and 3, and the depositions of two non-party witnesses.   The Court held a hearing on December 8, 2015.   Before the hearing, the parties informed the Court that they had resolved their issues with regard to Request for Production Nos. 3 and 5, which implicitly resulted in a resolution of their issues with regard to Interrogatory No. 3.   During the hearing, the parties were able to reach a consensus with regard to some of the remaining issues, which will be included in this order.   Thus, for the reasons stated on the record, the Court enters the following order.

**IT IS ORDERED** that Plaintiff's Motion to Compel [14] is **GRANTED IN PART AND DENIED IN PART** as follows:

- Plaintiff's Motion with regard to Request for Production No. 4 is **GRANTED IN**

**PART**. Defendant is ordered to produce, within 14 days, any applications for promotion within Plaintiff's unit at Henry Ford West Bloomfield made by Zobieda Orozco, Lois Eagal, Margaret Anderson, Erika Judd, Karen Ohanessian, Thomas McConnell, Rachel Burris, Stephanie McCausland, Laura Berger or Christina Charles.

- Plaintiff's Motion with regard to Request for Production No. 7 is **GRANTED IN PART**. Defendant is ordered to produce, within 14 days, any EEOC complaints filed against Defendant related to its Henry Ford West Bloomfield location from May 2011 to the present, but such production is limited to complaints alleging racial or age discrimination or retaliation where the complainants were similarly situated to Plaintiff. For purposes of this discovery response, Defendant has agreed that production will include *at least* those complaints filed by individuals in the nursing field or conducting nursing-related activities in Plaintiff's unit at Henry Ford West Bloomfield. Additionally, to protect their privacy, defendant is permitted to withhold or redact the names and addresses of complainants and any other identifying information unless already of record publicly.

- Plaintiff's Motion with regard to Interrogatory Nos. 1 and 2 is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's 2nd Motion to Compel [23] is **DENIED.**

**IT IS FURTHER ORDERED** that both parties' requests for costs are **DENIED**.

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated:   December 16, 2015                    s/ Mona K. Majzoub
                                              MONA K. MAJZOUB
                                              UNITED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

I hereby certify that a copy of this Order was served on counsel of record on this date.

Dated:   December 16, 2015                    s/ Lisa C. Bartlett
                                              Case Manager